# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-2083
_____

Al Jabbar Salam

*Plaintiff - Appellant*

v.

Estella Bland, Provider, Varner Unit; Sondra Parker, Infirmary Manager, Varner Unit; Powell, Infirmary Manager, Varner Unit; Gibson, Warden, Varner/VSM; Dexter Payne, Director, ADC

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: November 9, 2021
Filed: November 15, 2021
[Unpublished]
_____

Before KELLY, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Al Jabbar Salam appeals the district court's[1] without-prejudice dismissal of his 42 U.S.C. § 1983 action, pursuant to Federal Rule of Civil Procedure 41(b). After careful review of the record and the parties' arguments on appeal, we conclude that the district court did not abuse its discretion in dismissing the action. See Smith v. Gold Dust Casino, 526 F.3d 402, 404-05 (8th Cir. 2008) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Salam's motions to compel.

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth M. Deere, United States Magistrate Judge for the Eastern District of Arkansas.